# EXHIBIT A

THE CENTER FOR
**FORENSIC ECONOMIC STUDIES**
Economic & Statistical Analysis
CFES@CFES.COM WWW.CFES.COM

EXPERT ANALYSIS AND TESTIMONY SINCE 1980

**Reply to Haddonfield Office**

Chad L. Staller, J.D., MBA, MAC, CVA
*President*

Stephen M. Dripps, M. Fin., CVA
*Senior Economist / Manager*

Brian Conley
*Senior Economist*

Adam Gilham
*Economist*

Ryan Savitz, Ph.D., M.S., MBA
*Senior Economist / Statistician*

David R. Adams
*Senior Economist*

March 27, 2026

Matthew A. Nace, Esquire
Fay Law Group
6205 Executive Blvd.
Rockville, MD 20852

Re: *Consumer Price Index and Adjustments to Damages Models*

Dear Mr. Nace:

At your request, provide inflationary adjustments to non-economic damages models implemented in *Heiser v. Islamic Republic of Iran*, 466 F.Supp.2d 299 (D.D.C. 2006). In calculating economic damages, inflationary adjustments to base year figures are generally accepted in the field of forensic economics and consistent with economic principles.

The cost of goods and services are measured and tracked annually by the United States Bureau of Labor Statistics ("BLS") under The Consumer Price Index ("CPI"). The primary and generally referenced CPI data series is the CPI Index for All Urban Consumers ("CPI-U").[1] Year over year increases in the cost of goods and services represent a measure of inflation or the weakening purchasing power of the dollar over time. The higher the price of goods and services, the lower number of goods and services the consumer is able to buy with the same dollars, thus weakening the consumer's purchasing power. The CPI-U historical annual increases from 2006 (year of the *Heiser* matrix implementation) through February 2026, is shown on the following page:[2]

[1] U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/data, Series ID: CUUR0000SA0
[2] U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/data

This report has been prepared for the use of counsel in the instant matter. Given the personal, financial and/or medical information contained herein, any transmission, copy, or utilization of this report or material contained herein is strictly prohibited without the written consent of the Center for Forensic Economic Studies.

**30 WASHINGTON AVENUE, SUITE B2, HADDONFIELD, NEW JERSEY 08033 • (215) 546-5600 • FAX (215) 732-8158**
1725 "I" STREET, NW, SUITE 300, WASHINGTON, DC 20006 • (202) 530-8808

**Consumer Price Index for All Urban Consumers (CPI-U)**

**Series Id:** CUUR0000SA0
Not Seasonally Adjusted
**Series Title:** All items in U.S. city average, all urban consumers, not seasonally adjusted
**Area:** U.S. city average
**Item:** All items
**Base Period:** 1982-84=100




As depicted above, from 2006 through February 2026, the CPI-U has increased by 62.1%. Additionally, from February 2020 through February 2026 alone, the CPI-U has increased by 26.3%. Accordingly, inflationary adjustments, based on the changes in the CPI-U, to non-economic damages models implemented in 2006 under the *Heiser* decision would adjust for the degrading purchasing power of the dollar over the last 20 years. In the table below, we have applied CPI-U adjustments to 2006 base year awards as well as upward and downward award amounts in order to inflate awards to 2026 (February) dollars:

| **Claimant** | **2006 Established Base Matrix** | **2006 Upward Adjustment** | **2006 Downward Adjustment** | **2026 Adjusted Matrix** |
|---|---|---|---|---|
| Spouse of Decedent | $8-$12 million | | | $13,156,960.24 – $19,735,440.36 |
| Parent/Child of Decedent | $5 million | | | $8,223,100.15 |
| Sibling of Decedent | $2.5 million | | | $4,111,550.08 |
| | | | | |
| Survivor | $5 million | $12 million | $1.5 million | $8,223,100.15 (base), $19,735,440.36(upward), $2,466,930.05 (downward) |
| Spouse of a Survivor | $4 - $6 million | | $1.5 million | $6,578,480.12- $9,867,720.18 (base), $2,466,930.05 (downward) |
| Parent/Child of a Survivor | $2.5 million | | $1 million | $4,111,550.08 (base), $1,644,620.03 (downward) |
| Sibling of a Survivor | $1.25 million | | $500,000 | $2,055,775.04 (base) $822,310.02 (downward) |

Please do not hesitate to contact us if you have further questions.

Sincerely,

The Center for Forensic Economic Studies

Chad L. Staller, JD, MBA, MAC, CVA

Stephen M. Dripps, M.Fin., CVA