# EXHIBIT B

CFES
The Center for Forensic Economic Studies
Research ■ Analysis ■ Litigation Support

30 Washington Avenue, Suite B2
Haddonfield, NJ 08033



## Accreditation

Certified Valuation Analyst (C.V.A.) by the National Association of Certified Valuation Analysts, 2007.

Certified Instructor by the National Institute of Trial Advocacy (NITA), 2013.

## Education

Villanova University, Master of Accountancy, 2006.

Temple University, Fox School of Business & Management, Master of Business Administration, Certificate of Academic Excellence, Concentration in Business Administration, 2005.

Temple University's James E. Beasley School of Law, Juris Doctorate, Cum Laude, 2001.

Lehigh University, Bachelor of Science in Business and Economics, 1998.

**Chad Staller, J.D., M.B.A., M.A.C., C.V.A**
President, Senior Economist
800.966.6099 | 215.546.5600 | fax 215.732.8158
cstaller@cfes.com

**Chad L. Staller** is president of the Center for Forensic Economic Studies. He has extensive experience working with both plaintiff and defense counsel in a wide variety of civil matters, quantifying loss sustained by many types of plaintiffs, including union members, state and federal employees, business owners and injured children. He regularly analyzes claims brought in employment-discrimination matters, quantifying back-pay damages, front-pay damages and lost benefits, and also frequently consults on commercial matters, analyzing lost-profit and business-interruption claims. In addition to Mr. Staller's litigation practice, Mr. Staller consults with clients in non-litigation matters related to labor-union negotiations, business valuations, and cost-benefit assessments.

He serves on the faculty of Temple University's Beasley School of Law LL.M. in Trial Advocacy program and lectures regularly at Villanova University School of Law and Drexel University's Thomas R. Kline School of Law. Mr. Staller is a certified instructor through the National Institute of Trial Advocacy where he lectures to practicing lawyers in the area of forensic economics. He frequently presents seminars and speaks on forensic-economic topics at law firms, accounting continuing education seminars, and before professional organizations.

He received his Master of Business Administration, *with honors*, from the Fox School of Business and Management at Temple University. Mr. Staller also received his Juris Doctorate, *with honors*, from the Beasley School of Law at Temple University and his Master of Accountancy from Villanova University. He holds a C.V.A. through the National Association of Certified Valuation Analysts.

## Professional Organizations & Affiliations

- American Economic Association
- National Association of Forensic Economics
- American Bar Association
- American Academy of Economic and Financial Experts

## Awards and Honors

- 2014 Honoree as a "Top 40 Under 40" for work as an Economic Damages Expert by NACVA and CTI.
- Winner of The Legal Intelligencer's "Best Of" Survey 2010-2023 Forensic Economist.

CFES
The Center for Forensic Economic Studies
Research ■ Analysis ■ Litigation Support

30 Washington Avenue, Suite B2
Haddonfield, NJ 08033

## Professional Background

President and Senior Economist, the Center for Forensic Economic Studies, Philadelphia, Pennsylvania, concentrating on the analysis of, and testimony on, commercial damages (lost profits), personal-injury and wrongful-death damages and damages and liability in labor and employment matters (including FINRA arbitrations). Winter 2005 - present.

Law practice that consisted of representing a wide range of clients, including major trucking companies and insurance firms. Served as lead attorney in many types of civil matters, including personal injury, product liability, premises liability, breach of contract, contract interpretation and trademark filings before the United States Trademark Office. August 2001 - winter 2005.

Law Clerk to Judge S. Michael Pincus, Circuit Court for Montgomery County, Maryland.

Research Assistant, Lehigh Valley Economic Development Corporation, Allentown, Pennsylvania. Developed a wage-analysis study showing which industries would be best suited to the Lehigh Valley region.

## Selected Engagements

### Commercial Disputes

- Evaluated economic loss relating to an alleged breach of contract involving a startup UPS franchise.
- Evaluated economic loss to a limousine company resulting from the destruction of a portion of its fleet.
- Evaluated economic loss relating to crop damage sustained by a commercial farm as a result of a housing developer’s conduct.
- Evaluated economic loss sustained by real property owner as a result of a property manager’s conduct.
- Evaluated economic loss stemming from an alleged breach of an employment contract with a medical practice.
- Evaluated economic loss sustained by a commercial property owner as a result of an alleged breach of contract.
- Evaluated economic loss sustained by an airline services company as a result an alleged breach of contract with the prior owner.
- Evaluated economic loss resulting from a disputed business acquisition of an emergency-response firm.
- Performed a valuation of a controlling interest in an insurance-claims processor.
- Performed a valuation of a controlling interest in a coin-operated laundry.
- Evaluated economic loss to many other types of businesses, including:
  - Photo finishers
  - Information technologists
  - Funeral homes
  - Dry cleaners
  - Grocers
  - Medical practices
  - Cable TV services
  - Interpreters

CFES
The Center for Forensic Economic Studies
Research ■ Analysis ■ Litigation Support

30 Washington Avenue, Suite B2
Haddonfield, NJ 08033

## Personal Injury and Wrongful Death Matters

Calculated economic loss to individuals in a variety of occupations, including but not limited to:

- Accountants
- Children with projected lost future earnings
- Construction workers
- Doctors, nurses and other medical professionals
- Financial advisors (including FINRA Arbitrations)
- Homemakers
- Information technologists
- Lawyers
- Mechanics
- Pilots
- Police officers
- Retirees
- Sales representatives
- Teachers
- Union members
  (ironworkers, carpenters, steamfitters, electrical workers, laborers and painters)

## Employment Discrimination

Calculate back-pay/front-pay damages for employees terminated from employment. Additionally, routinely conduct labor market surveys of available positions in the relevant labor market. Illustrative industries include but are not limited to:

- Federal and state employees
- Protective services
- Healthcare
- Financial services
- Transportation
- Education
- Construction
- Production and manufacturing
- Insurance
- Maritime
- Legal
- Information Technolog

# Publications

- “What’s It Worth? Best Practices in Defending Economic Damages in the Catastrophic Accident.” (with Matthew Keris), Litigation Management Magazine, Fall 2012.
- “Without a Floor There is Only a Ceiling.” Counter Point, Pennsylvania Defense Institute, August 2012.
- “PA Courts Make the Case for Detailed Damages Arguments,” New Jersey Law Journal, May 23, 2012.
- “PA Courts Make the Case for Detailed Damages Arguments,” Pennsylvania Law Weekly, May 8, 2012.
- “Personal Injury Damages Road Map,” US Law Magazine Spring/Summer 2012.
- “Is It Finally Time to Challenge Kaczkowski,” Counterpoint (the Pennsylvania Defense Institute), October 2011.
- “Goodbye Kaczkowski? A Recent Ruling Reopens the Door to Debate,” The Pennsylvania Law Weekly, May 20, 2011.
- “Practice Tip: Lost Earning Capacity of Undocumented Workers,” Product Liability Law & Strategy, May 2011.
- “The Basics of Pension Damages,” Product Liability Law & Strategy, October 2010.
- “Hedonic Damages Update,” Product Liability Law & Strategy, February 2010.
- “A Tax Break for Plaintiffs Raises Interesting Issues,” Employment Law Strategist, November 2009 (With Stephen M. Dripps).
- “An Economist Defends Against Punitive Damages,” Product Liability Law & Strategy, December 2008.
- “Determining Damages in the Keystone State,” At Issue, Young Lawyers Division of the Pennsylvania Bar Association, Winter 2008.
- “Determining Damages to Entrepreneurs,” Product Liability Law & Strategy, February 2008.
- “The Earning Capacity of Business Owners,” Product Liability Law & Strategy, November 2007.
- “Economic Damages 101,” The Sidebar: The New Lawyers Division Newsletter, American Association for Justice, Fall 2007.
- “Sixth Circuit Rules on Privilege in Two Cases,” Product Liability Law & Strategy, April 2007.

CFES
The Center for Forensic Economic Studies
Research ■ Analysis ■ Litigation Support

30 Washington Avenue, Suite B2
Haddonfield, NJ 08033

## Faculty/Lectures

- Temple University's Beasley School of Law LL.M. in Trial Advocacy program, 2007 - present
- Rutgers Institute for Professional Education, 2011- present
- Villanova University School of Law, 2005 - present
- Drexel University's Thomas R. Kline School of Law Trial Advocacy Program, 2012 - present
- University of Pennsylvania, Organizational Dynamics Exchange Network, Graduate Division of Arts & Sciences, November 2011
- University of Baltimore School of Law, October 2013, November 2010
- Mid Atlantic Council Institute of Management Accountants, November 2015, Exton, Pennsylvania
- Main Line Association for Continuing Education, "MACE" Accounting, Malvern, PA March 2014
- American Association of Nurse Life Care Planners, Philadelphia PA, November 2013
- American Rehabilitation Economics Association, June 2016
- Pennsylvania Defense Institute, Annual Conference, July 2013
- Philadelphia Bar Association, Medical Legal Committee Meeting, February 2013
- National Business Institute, Philadelphia, Pennsylvania, December 2007, 2008 & 2010
- National Business Institute, Philadelphia, Pennsylvania, November 2013
- National Business Institute, Philadelphia, Pennsylvania, February 2015
- Council on Litigation Management: Orlando, FL, March 2019, Orlando, FL, April 2016, Boca Raton, FL, April 2014, Boston, MA, July 2013, San Antonio, TX, April 2013, Nashville, TN, November 2012, Washington, DC, May 2012, Philadelphia, PA, October 2011, Milwaukee, WI, June 2011, New Orleans, LA, March 2011, Jacksonville, FL, March 2010
- Defense Research Institute (DRI), Civil Rights and Governmental Tort Liability Seminar, Miami Beach, February 2012
- Ballard Spahr, Philadelphia, Pennsylvania, May 2010, May 2012, May 2014
- Cozen O'Connor Trial Academy (COTA), Philadelphia, Pennsylvania, June 2009, June 2011, June 2013, June 2015, June 2019 and June 2022, February 2024
- PIAA, November 2015, New Orleans, Louisianna
- US Attorney's Office, Newark, New Jersey, December 2010
- Sunoco, Philadelphia, December 2010
- Middlesex Community College paralegal program, Middlesex, New Jersey, November 2008
- New York City Law Department, New York, New York, 2008
- Defense Research Institute (DRI), Defending Trucking Litigation, A Primer for Young Lawyers, Chicago Illinois, June 2015
- "The Art and Science of Economic Damages" ALM Litigation Summit, Philadelphia Pennsylvania September 2016
- Defense Trial Counsel of Indiana, "Economic Damages in the Catastrophic Injury Case"French Lick Indiana, November 2017
- Main Line Accounting Association for Continuing Education, "10 Commandments of an Accounting Expert Witness" Malvern, PA December 2017
- Pennsylvania Bar Institute, Employment Law Institute, "Getting Real on Economic Damages", April 2018
- Golkow Continuing Education Program, "Economic Damages In the Catastrophic Injury Case", Philadelphia, PA November 2017
- Golkow Continuing Education Program, "Economic Damages In the Catastrophic Injury Case", Cherry Hill, NJ March 2018
- Markel Insurance Continuing Education Program, "Economic Damages In the Catastrophic Injury Case", Red Bank, NJ April 2018

CFES
The Center for Forensic Economic Studies
Research ■ Analysis ■ Litigation Support

30 Washington Avenue, Suite B2
Haddonfield, NJ 08033

## Faculty/Lectures (continued)

- Cozen O'Connor Deposition Training Academy, Philadelphia, PA, June 2018 & June 2025.
- PASHRM, "Economic Damages In the Catastrophic Injury Case", Blue Bell, PA September 2018
- Joint North-South Jersey Inn of Court Meeting, "Economic Experts in Employment Cases", Kenilworth, NJ, January 2019
- Southern Economic Association 89th Annual Conference, National Association of Forensic Economics division, Tax Gross-Ups in Employment Litigation: A NJ Case Study, Ft. Lauderdale FL, November 2019
- National Business Institute, Philadelphia, PA, April 2020
- The Expert and the Daubert/Frye Hearing, The American Academy of Economic and Financial Experts Annual Meeting, April 2021.
- MA 26th Annual Personal Injury Law Conference - "The Art and Science of Economic Damages", May 2024
- "Economic Damages 101", NJDA Auto Liability Seminar, Woodbridge, NJ, November 2024
- Cozen O'Connor, "Economic Damages 101", Philadelphia, PA, August 2025.
- Ohio Association of Civil Trial Attorneys, "Economic Damages in the Catastrophic Injury Case", Cleveland, OH, July 2025

## Testimony

**Federal Court:**
Central District of California, District of Columbia, District of New Jersey, Eastern District of Pennsylvania, Middle District of Pennsylvania, Southern District of New York, District of Delaware, Eastern District of New York, District of Maryland, Western District of Louisiana

**State Court:**
Delaware, District of Columbia, Florida, Illinois, Maryland, Massachusetts, Missouri, New Hampshire, New Jersey, New York, Ohio, Pennsylvania, Virginia, West Virginia

## State Bar Memberships

- Maryland
- Pennsylvania
- New Jersey

## Community Service

POVAT, Project One Vet @ A Time

## Contact Information

30 Washington Avenue, Suite B2
Haddonfield, NJ 08033

Toll Free: 800.966.6099
Telephone: 215.546.5600
Fax: 215.732.8158
www.cfes.com